## McLaughlin, Appellant, *v.* Wheelock.

Argued June 12, 1967. *Jack A. Rounick,* for appellant; *Charles A. Kerlavage,*

with him *Wright, Spencer, Manning and Sagendorph,* for appellee.

Judgment affirmed.